CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
September 14, 2026
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| Robert P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:26-cv-00035 |
| | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the court on Defendant Commissioner of Social Security's ("Commissioner") motion to dismiss Plaintiff Robert P.'s complaint. (Dkt. 6.) On August 20, 2026, the Honorable Joel C. Hoppe, United States Magistrate Judge, entered a Report and Recommendation ("R&R"), recommending that the court grant the Commissioner's motion, which it converted to a motion for summary judgment. (Dkt. 10.) The parties had fourteen days to file objections to the R&R, but no party did.[1] For the reasons stated below, the court will adopt Judge Hoppe's recommendation.

If there are no objections to the magistrate judge's report, a court "need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (cleaned up). Having reviewed the pleadings, motion,

[1] The court also allotted several extra days to receive Robert's objections, as he is proceeding *pro se*.

briefs, and Judge Hoppe's R&R, the court finds no clear error. Accordingly, the court adopts the R&R.

It is hereby **ORDERED** that:

1. The Report and Recommendation, (Dkt. 10), is **ADOPTED in its entirety**;
2. The Commissioner's motion, (Dkt. 6), is **GRANTED**, and Robert's complaint is **DISMISSED without prejudice** to refiling after he obtains a final decision under 42 U.S.C. § 405(g).

The Clerk is directed to send copies of this Order to Robert and all counsel of record. The Clerk is further directed to strike this case from the court's active docket.

**IT IS SO ORDERED.**

**ENTERED** this 14th day of September, 2026.

HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE